```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
RIVERKEEPER, INC.,                       :
                                         :
                    Plaintiff,           :    22cv2999 (DLC)
                                         :
          -v-                            :        ORDER
                                         :
PASCAP CO., INC.,                        :
                                         :
                    Defendant.           :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

The above-captioned matter is scheduled to proceed to trial on April 24, 2023. Accordingly, it is hereby

ORDERED that the final pretrial conference is scheduled for **April 13, 2023 at 10:00 AM** in Courtroom 18B, 500 Pearl Street. Please refer to this Court's Individual Practices in Civil Cases for all pretrial filing deadlines.

Dated:   New York, New York
         February 15, 2023

                                    _____
                                            DENISE COTE
                                    United States District Judge